In the Matter of the Arbitration between VIRO REALTY CORPORATION, Appellant, and DANIEL BELMONT, Doing Business as DANIEL THE CATERER, Respondent.

Argued March 1, 1948; decided March 18, 1948.

*Harold J. Treanor* for appellant.

*Harry M. Krokow* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.